UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PRINCE,

       Plaintiff,

v.

LANSING, CITY OF, et al.,

       Defendants.

                                     /

Case No. 1:15-CV-263

Hon. Gordon J. Quist

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Carmody on August 3, 2017, recommending that Plaintiff's motion for entry of judgment pursuant to settlement and Plaintiff's motion to remove confidentiality provisions of W.D. Mich. LCivR 16.2(d) and Fed. R. Evid. 408 be denied. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the August 3, 2017, Report and Recommendation (ECF No. 68) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Judgment Pursuant to Settlement (ECF No. 54) and Plaintiff's Motion to Remove Confidentiality Provisions of W.D. Mich. LCivR 16.2(d) and Fed. R. Evid. 408 (ECF No. 62) are **DENIED**.

Dated: August 23, 2017

                                                    /s/ Gordon J. Quist
                                             GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE